AO 91 (Rev. 08/09)  Criminal Complaint

FILED
WILKES BARRE

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

JUN 0 3 2016

Per _____ MJ _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSIAH FERREBEE | ) | Case No. 5:16 MJ -0052 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26, 2016__ in the county of __Schuylkill__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251 | The defendant knowingly and intentionally employed, used, persuaded, enticed, and coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported using any means and facility of interstate and foreign commerce. |
| 18 U.S.C. Section 2422(b) | The defendant used a means of interstate commerce to knowingly persuade and coerce a minor to engage in sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:
See Attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

_____ SA/HSI
_Complainant's signature_

Kathryn I. Murray, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 3, 2016

_____
_Judge's signature_

City and state: Wilkes-Barre, PA

JOSEPH F. SAPORITO, JR, U.S. Magistrate Judge
_Printed name and title_