UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- :
: NO. 3:CR-16-152
JOSIAH FERREBEE, :
:
Defendant :

FILED
SCRANTON
JUN 14 2016
PER _____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about January 26, 2016, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JOSIAH FERREBEE,**

did use, employ, persuade, induce and entice, and attempt to use, employ, persuade, induce, and entice, a person under the age of 18 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and in and affecting commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by

any means, including by computer and cell phone.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about January 26, 2016, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**JOSIAH FERREBEE,**

did knowingly and intentionally use a facility of interstate and foreign commerce, namely the internet and via a cell phone, to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense (the production of child pornography, a violation of 18 U.S.C. § 2251(a)).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

6/14/16
DATE:



PETER J. SMITH
United States Attorney

By: /s/ by, EJG

Francis P. Sempa
Assistant U.S. Attorney