Josiah Ferrebee
1371 North Washington Avenue
Scranton, Pennsylvania 18509

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-VS-

JOSIAH FERREBEE

FILED
SCRANTON

FEB 2 1 2017

PER _____ DEPUTY CLERK

3:16-CR-152

### PRO SE MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE JAMES MUNLEY:

AND NOW comes the Defendant, Josiah Ferrebee, on this day of __16__ in the month of __February__, 20__17__ who respectfully sets forth his motion to dismiss indictment and avers as follows:

1. On June 03, 2016, the Defendant was arrested and charged with Title 18, United States Code, Section 2251 (a) and (e) and Title 18, United States Code, Section 2422 (b).

2. The Defendant had a Detention Hearing on December 6, 2016, requesting house arrest which was denied under Magistrate Judge Joseph F. Saporito Jr.

3. On November 01, 2016, the Defendant's attorney, Christopher Osborne, requested from the Government a discovery of evidence stating that the counsel for the Defendant has yet to recieve any discovery from the United States attorney.

4. Again on November 30, 2016, the Defendant's attorney again requested the discovery from the Government.

5. On January 26, 2017, the Defendant requested *Pro Se* his discovery from the Government.

6. On February 08, 2017, the Defendant's attorney again requested the discovery from the Government stating to "please provide me with all discovery...as per my requests in the

past dated November 1, 2016 and November 30, 2016 as soon as possible."

7.   On this day of  _16_  in the month of  _February_  in the year 20_17_, the
     Defendant has yet to recieve any discovery as requested from the United States
     attorney.

8.   The Defendant is respectfully requesting that his indictment be dismissed on grounds of
     Fed.Crim.P.16 - Discovery and Inspection - bad-faith on grounds of the United States
     attorney.

9.   On grounds of counsel for the Defendant failed to file a pre-trial writ Habeas Corpus.
     Counsel obtained no discovery or exculpatory evidence as requested by the Defendant
     that was available and was the Defendant's absolute right under *Brady v. Maryland* said
     evidence would have entitled the Defendant to a Habeas Corpus relief. Counsel
     allowed and supported the court in denying the Defendant this right to A.) Obtain
     exculpatory evidence and B.) use it to get relief either in a Hebeas Corpus proceeding,
     or a suppression hearing contradicting and attacking probable cause or prima facie
     requirements violating the Defendant's Constitutional Rights, due process 4th, 6th, 8th,
     and 14th Amendments of the United States Constitution and the Federal Codes of
     Criminal Proceedure Rule 16 - Discovery Inspection.

**WHEREFORE,** it is respectfully requested that this Honorable Court grant this MOTION FOR
DISMISSAL OF INDICTMENT and any other relief under Federal Codes of Criminal Proceedures.

Respectfully Submitted,

Josiah Ferrebee

```
..............................................................................................
UNITED STATES OF AMERICA    :

              -VS-           :              3:16-CR-152
                             :
JOSIAH FERREBEE              :
..............................................................................................
```

## CERTIFICATE OF SERVICE

I, Josiah Ferrebee, Defendant, hereby affirm that I did serve a true and correct

copies of *PRO SE MOTION TO DISMISS INDICTMENT* to the following persons in the matter stated:


Francis Sempa, Esq
U.S. Attorney's Office
William J. Nealon Federal Building
P.O. Box 309
235 North Washington Avenue
Scranton, Pennsylvania 18501

First class U.S. mail, postage prepaid, on  2/16/17            .

Federal Office of the Clerks
William J. Nealon Federal Building
P.O. Box 309
235 North Washington Avenue
Scranton, Pennsylvania 18501

First class U.S. mail, postage prepaid, on  2/16/17            .

Honorable Judge James Munley
Judge's Chambers
William J. Nealon Federal Building
P.O. Box 309
235 North Washington Avenue
Scranton, Pennsylvania 18501

First class U.S. mail, postage prepaid, on  2/16/17            .


Respectfully Submitted,

Josiah Ferrebee

To Whom It May Concern,                              Thursday, Feb 16, 2017

Enclosed are a certificate of service and a pre-trial motion. Please file both documents. Your time and effort is greatly appreciated. Please also save to me all documents that your office has filed.

Respectfully Submitted

Josiah Ferrebee
3:16-CR-152



Sean Petrebel

Lackanna County Prison
North Washington Ave
Scranton, PA 18509

Federal Clerks Office
William J. Nealon Fed. Bldg.
235 No. Washington Ave
Scranton, PA 18501

Lehigh Valley PA171 PA 170

FRI 17 FEB 2017   PM



RECEIVED
SCRANTON

FEB 2 1 2017

PER_____
DEPUTY CLERK



CONTENTS MAILED FROM
A CORRECTIONAL FACILITY