To Whom It May Concern,                                    Tuesday; February 21, 2017

    Please find enclosed, a letter that I have written to my attorney, Christopher Osborne. I am respectfully requesting that you please file this through your office. A copy of this letter has already been sent to my attorney. I am also respectfully requesting that you send all documents to me, that have been filed through your office. It is my Constitutional Right to have all these documents in regards to my defense. I have requested this multiple times in the past and would like to take care of this problem as soon as possible. Your time and effort is greatly appreciated.

FILED
SCRANTON

FEB 27 2017

PER _____
DEPUTY CLERK

Respectfully,

Josiah Ferrebee
Case Number: 3:16-CR-152

To Mr. Christopher Osbrone,                                    Tuesday; February 21, 2017

 

 

I am respectfully requesting that you put in a motion to Judge James Munley to withdraw yourself as counsel, as it is appearant you do not have by best intrest at hand. I have requested that you, multiple times, multiple documents and have yet to recieve them, as it is my Constitutional Right to have. I have also requested that you clerify information you have told me and have yet to recieve any responce on the matter. It is clear that you do not have my best interest at hand. It has now been over eight months without my discovery. You have requested it only 3 times within the last eight months. It is my belief that you do not truly want to see my discovery. There is no reason why I should not have it. I am personally questioning your integrity, honesty, and ability to practice law. It is my belief that our relationship has become so strained that we can no longer work together with regards to my defense. I would like for you to send me all documents of my case, as it is my wishes to withdraw you as counsel. I am finally respectfully requesting that you withdraw and you request to the Honorable Court to appoint me a new pro bono attorney for my defense, as it is my Constitutional Right to obtain one.

 

 

Respectfully,

Josiah Ferrebee

Name: Josiah Fenicle
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED SCRANTON
FEB 27 2017
DEPUTY CLERK

CONTENTS MAILED FROM A CORRECTIONAL FACILITY

LEHIGH VALLEY PA 180
22 FEB 2017 PM 4 L

Federal Clerks Office
William J Nealon Fed Bldg
235 N. Washington Ave
Scranton, PA 19509

18503-153415

