FILED
SCRANTON

APR 13 2017

PER _____
DEPUTY CLERK

16cr152-01

To Mr. Christopher Osborne,

On this date of Tuesday; April 11, 2017; I am writing to you in regards to our meet on Monday; April 10, 2017 at Lackawanna County Prison. I am respectfully requesting that you put in a motion to be seen and heard in front of the Honorable Judge James Munley to withdraw yourself as counsel, as it is appearant that you do not have my best intrest at hand. Our attorney / client relationship has become strained as that you only came to see me or contacted me yesterday, April 10 2017; since January 27th, 2017. You have made statements to me that contradict the United States Constitution and the Federal Codes of Criminal Proceedure. I am questioning your honesty on grounds that you stated in January that you would put in suppression motions and have yet to do so, according to my updated court docket. I am also questioning your integrity and ability to practice law on grounds that you have stated laws and have yet to show any in writing, unlike all my paperwork, that shows the laws in writing. The laws I have researcehd do not contradict the United States Constitution, where it is my belief that yours do. To conclude, I am again respectfully requesting that you put in a motion to the Honorable Judge James Munley to be seen and heard on withdrawing yourself on grounds of the above-mentioned information.

Respectfully,

Josiah Ferrebee

cc: Christopher Osborne, Esq.
Judge James Munley
Federal Clerk's Office

Name: Josiah Ferebee
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED
SCRANTON

APR 13 2017

Per _____ DEPUTY CLERK

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

LEHIGH VALLEY PA 180
12 APR 2017 PM 4 L

Judge James Munley
Judges Chambers
William J. Nealon Fed. Bldg
235 N. Washington Ave
Scranton, PA 18501

18501-500199