IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 3:16-CR-152 |
| v. | : | (Judge Munley) |
| JOSIAH FERREBEE,<br>　　　Defendant | : | |

## ORDER

AND NOW, to wit, this 1ˢᵗ day of June 2017 after conducting a hearing upon the defendant's request to proceed prose or to have counsel withdrawn and new counsel appointed, it is hereby ORDERED that said Motion is GRANTED.

The appearance of Christopher Osborne is granted leave to withdraw and new counsel will be appointed.

BY THE COURT,

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court