To Whom It May Concern,

On this date of Thursday, July 13, 2017, I, Josiah Ferrebee, Defendant, am respectfully requesting an updated court docket for case number 3:16-CR-152 under Judge James Munley. I have requested this in the past and have yet to recieve the docket. Your time and effort is greatly appreciated.

Respectfully,

Josiah K Ferrebee

FILED
SCRANTON
JUL 17 2017
PER_____
DEPUTY CLERK

Name: Josiah Ferebee
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
19 JUL 2017 PM 2 L

Federal Clerks Office
William J. Nealon Fed. Bldg
235 N. Washington Ave
Scranton, PA 18501

RECEIVED
JUL 17 2017
PER _____ DEPUTY CLERK

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

18501-500199