1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2

 3   UNITED STATES OF AMERICA :
                             :
 4                           :
                             :
 5        vs                 :    16-CR-152
                             :
 6                           :
                             :
 7   JOSIAH FERREBEE         :
                             :
 8                           :

 9

10

          BEFORE:       THE HONORABLE JAMES M. MUNLEY
11                       UNITED STATES DISTRICT JUDGE

12        PLACE:        COURTROOM NO. 3

13        PROCEEDINGS:  MOTION HEARING

14        DATE:         MAY 31, 2017

15

16

17   APPEARANCES:

18   For the United States:

19   WILLIAM HOUSER, ESQ.
     U.S. ATTORNEY'S OFFICE
20   235 N. WASHINGTON AVENUE
     3RD FLOOR
21   SCRANTON, PA 18503

22   For the Defendant:

23   CHRISTOPHER J. OSBORNE, ESQ.
     OSBORNE LAW, LLC
24   329 PENN AVENUE
     SUITE 202C
25   SCRANTON, PA 18503
```

2

1        THE COURT:  Okay.  Do you want to come up?  And this

2   is Mr. Ferrebee?

3        THE DEFENDANT:  Yes, Judge.

4        MR. OSBORNE:  Good morning, Your Honor.  Your Honor,

5   we were here in early May on a petition where Mr. Ferrebee was

6   looking for appointment of different counsel.  We came in front

7   of Your Honor.  I discussed some things with Mr. Ferrebee.

8   Your Honor also instructed Mr. Ferrebee on the law.  I had a

9   chance to speak to Mr. Ferrebee's family after that hearing

10  with regard to filing certain pretrial motions where I was of

11  my opinion and in speaking with Mr. Sempa and looking over the

12  case law and the case -- it was my opinion that, you know, if

13  he wants to file a motion, that's fine.  But a lot of things

14  change when you're negotiating with the government if you file

15  pretrial motions, which I have explained to Mr. Ferrebee and

16  explained to his family.  His family has had discussions with

17  Mr. Ferrebee back at that time to say, hold up on doing

18  anything until I have a chance to sit down and speak to Mr.

19  Ferrebee.

20        Your Honor, it wasn't two or three days after that I

21  received the instant motion he wants to proceed pro se.  He has

22  every right to proceed pro se although I have cautioned against

23  it.  And there's just certain things in this pro se motion that

24  quite frankly, Your Honor, aren't true.  If he wants to proceed

25  pro se, I mean, Your Honor can colloquy him and if Your Honor

1  grants him the right to proceed pro se, he has that right under

2  the law.

3          THE COURT:   There's no question about that.   Is that

4  all you have to say?

5          MR. OSBORNE:   That's all I have to say, Your Honor.

6  I can comment on this petition here as to certain allegations

7  he makes in here about myself, but I would like to be sworn if

8  I'm going to give testimony for further proceedings but --

9          THE COURT:   I don't need your testimony.

10          MR. OSBORNE:   That's all I have to say, Your Honor.

11          THE COURT:   Mr. Ferrebee, what seems to be the

12  problem between you and Mr. Osborne?

13          THE DEFENDANT:   Your Honor, I've been really having a

14  problem.   I've been asking my attorney to come see me multiple

15  times and not only to discuss the discovery with me but discuss

16  a strategy on how to prepare a defense.   I haven't gotten any

17  type of response to it.   He has said at the last court hearing

18  that he would see me within two weeks about pretrial motions

19  and stuff.   This is the next time that I am seeing him so I am

20  not --

21          THE COURT:   Haven't seen him since that time?

22          THE DEFENDANT:   No.   I'm having a real problem.   I

23  don't know how we can --

24          THE COURT:   Listen, what's your first name?

25          THE DEFENDANT:   Josiah.

                                                           4

1             THE COURT:  Josiah, do you understand you have a

2  right to represent yourself, okay?

3             THE DEFENDANT:  Yes.

4             THE COURT:  We don't encourage you -- we try to

5  discourage you in proceeding that way because you're not

6  trained in the law, and, of course, the -- you will be facing

7  lawyers that have a lot of experience in trying cases.  Okay.

8             THE DEFENDANT:  Yes, Your Honor.

9             THE COURT:  It's not in your best interest I don't

10 believe, and I think that every judge in the country would say

11 not to proceed without a lawyer.  But I've given a lot of

12 thought since our last hearing and the statements that we have

13 had here this morning.  I am going to reconsider my motion, all

14 right.  I am going to relieve Mr. Osborne of responsibility in

15 this case.  And he has already talked to me, you know, on

16 numerous occasions about your case, all right.  And it's a --

17 it's a special case.

18             Your case is -- of course like every other case -- is

19 a special case, all right.  So I'm now going to grant you your

20 motion to withdraw counsel, and I am going to appoint new

21 counsel for you, all right.

22             THE DEFENDANT:  Okay.

23             THE COURT:  Okay.  Gentleman, anything else?

24             MR. HOUSER:  Is that acceptable for the time being,

25 Mr. Ferrebee, if you have the advice of new counsel and then

5

1  you can decide whether you want to proceed pro se as far you're

2  satisfied for today's purpose to see how your relationship

3  develops?

4          THE COURT:  I think I have covered that.  Do you have

5  any questions of me?

6          THE DEFENDANT:  Would it be okay if I proceed pro se

7  and request another attorney at a later date?

8          THE COURT:  No, that's not the way it goes.  You have

9  a choice, and that is to have counsel in every criminal case.

10 Counsel is appointed or you hire new counsel, all right.  And

11 if then if it doesn't work out, you bring a motion before the

12 Court and -- a written motion why you should proceed pro se,

13 all right.  Now, I think that's what the district attorney is

14 agreeing with me, all right.

15          Now, I have reconsidered your initial motion and

16 together with the -- the testimony that I have received from

17 Mr. Osborne today and your testimony --

18          THE DEFENDANT:  Yes.

19          THE COURT:  And I have reconsidered that.  And now I

20 am going to allow you to grant your request to have counsel --

21 new counsel appointed, all right.

22          THE DEFENDANT:  Okay.  Thank you.

23          MR. OSBORNE:  Thanks, Your Honor.

24          THE COURT:  Thank you.

25

6

1                        REPORTER'S CERTIFICATE

2

3        I, Laura Boyanowski, RMR, CRR, Official Court Reporter for

4   the United States District Court for the Middle District of

5   Pennsylvania, appointed pursuant to the provisions of Title 28,

6   United States Code, Section 753, do hereby certify that the

7   foregoing is a true and correct transcript of the

8   within-mentioned proceedings had in the above-mentioned and

9   numbered cause on the date or dates hereinbefore set forth; and

10  I do further certify that the foregoing transcript has been

11  prepared by me or under my supervision.

12

13

14                                _____

                                  Laura Boyanowski, RMR, CRR
15                                Official Court Reporter

16  REPORTED BY:

17      LAURA BOYANOWSKI, RMR, CRR
        Official Court Reporter
18      United States District Court
        Middle District of Pennsylvania
19      235 N. Washington Avenue
        Scranton, PA  18503

20

21        (The foregoing certificate of this transcript does not
    apply to any reproduction of the same by any means unless under
22  the direct control and/or supervision of the certifying
    reporter.)

23

24

25