IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br>    Plaintiff <br><br> vs. <br><br> JOSIAH FERREBEE <br><br>    Defendant | No. 3:16-CR-152 <br><br> Honorable James M. Munley |

**MOTION OF DEFENDANT, JOSIAH FERREBEE TO DISMISS FOR FAILURE OF THE UNITED STATES TO COMPLY WITH THE SPEEDY TRIAL ACT**

Defendant, Josiah Ferrebee, requests that this matter be dismissed for failure of the United States to comply with the Speedy Trial Act.

The basis of this Motion is set forth in the Brief filed in support of this Motion.

> Respectfully submitted,
>
> /s/ Joseph A. O'Brien
> Joseph A. O'Brien, Esq.
> Attorney I.D. No.: 22103
> OLIVER, PRICE & RHODES
> 1212 S. Abington Road,
> PO Box 240
> Clarks Summit, PA 18411
> Phone: (570) 585-1200
> Fax: (570) 585-5100
> Email: jaob@oprlaw.com
> *Attorney for Defendant*

# CERTIFICATE OF SERVICE

I, **JOSEPH A. O'BRIEN, ESQUIRE**, of Oliver, Price & Rhodes, hereby certify that on this date, I caused the foregoing MOTION TO DISMISS via the Court's ECF system on all counsel of record as authorized under Federal Rule 5(b)(2)(E) and local rule 5.6 of the United States District Court for the Middle District of Pennsylvania. I further certify that all counsel of record in the case, but for the Plaintiff, are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Francis P. Sempa, Esq.
U.S. Attorney's Office
235 North Washington Avenue
Scranton, PA 18503
Email: fran.sempa@usdoj.gov

Respectfully submitted,

/s/Joseph A. O'Brien
Joseph A. O'Brien, Esquire

P:\O'BRIEN, JOE\USA\Ferrebee, Josiah\Motion to Dismiss.docx