IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16cr152 |
| v. | : | (Judge Munley) |
| JOSIAH FERREBEE,<br>**Defendant** | : | |

## ORDER

The United States of America is hereby **ORDERED** to file a memorandum in response to the defendant's motion to dismiss (Doc. 65) within fourteen (14) days from the date of this order. The defendant will then have fourteen (14) days in which to reply to the government's response if he so chooses.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court