DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## CONSENT TO SEARCH

I, _Josiah Keith FERREBEE_ , have been informed by U.S. Immigration and
Customs Enforcement (ICE) Special Agent _Kathryn Murray_ _Christopher Kudless, olga Rodriguez 6/2/16 & forensics agents CSA_
of my right to refuse to consent to a search of my property, described as: (item, place, things to
be searched, location, etc.)

_Apple iPhone 5   SN C39KTR3RFH19._

I have also been advised by ICE Special Agent _Christopher Kudless_
that, if I voluntarily consent to a search of this property, anything discovered during this search
may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents _Murray, Kudless, & other ICE Agents_
and _other Law Enforcement_ to conduct a complete search of my _iphone_ ,
located at _in my possession_ .
These ICE Special Agents are authorized by me to take any letters, papers, materials, or other
property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My
consent is freely given and not the result of any promises, threats, coercion, or other
intimidation. **I have read the above statement and understand my rights.**

Name (Please Print) _Josiah Keith Ferrebee_
Signature: X _____
Date/Time: _6/2/2016   11:00 AM_
Witnesses: _Sgt Christopher Kudless_
_SA Olga Rodriguez #8091_

_PH JR DL # 31 597 947_
_DOB  10/11/1896_

ICE Form 73-005 (01/08)

_Passcode 2015_















PA-443
Pine Grove, Pennsylvania
Google, Inc.
AUG 2012



PLAINTIFF'S EXHIBIT





Twin Grove RV Resort & Cottages

Wayne Sturm
APR 2017















DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights:

You have the right to remain silent.

Anything you say can be used against you in a court of law or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

## WAIVER

I have read, or someone has read to me, this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Josigh Feclebee
Print Name

_____          6-2-16          1428
Signature                        Date              Time

_____          6/2/16
Witness                          Date

_____ #4713    6/2/16
Witness                          Date

ICE Form 73-025 (7/13)                             Page 1 of 1

PLAINTIFF'S EXHIBIT
2



**Homeland Security Investigations**

# HOMELAND SECURITY INVESTIGATIONS
## GENERAL POLYGRAPH EXAMINATION

### Statement of Consent

I, _Josih Ferreber_, voluntarily consent to submit to a polygraph examination in connection with an investigation concerning _child exploitation_.
I agree to submit to the polygraph examination of my own free will and I have not been threatened, coerced or placed under duress. No one has made me any promises in return for my consent.

*I have been advised of and understand the following:*

☐ I can withdraw my consent to submit to a polygraph examination at any time.

☐ The questions that will be asked of me during the polygraph examination will be reviewed with me in an interview prior to the polygraph examination and possibly subsequent to the polygraph examination.

☐ The polygraph components will be attached to my body for the purpose of collecting physiological data during the polygraph examination.

☐ I represent that I am in good health and know of no mental or physical problems that would impair my ability to submit to a polygraph examination.

☐ A polygraph examination can be stressful and I may consult a physician, at my own expense, to determine if it is suitable for me to take a polygraph examination.

☐ The polygraph examination may be electronically recorded or monitored.

☐ Any information obtained during the polygraph examination may be used against me in any civil or criminal proceeding.

☐ Any attempt to influence or manipulate the outcome of this polygraph examination will be viewed as an act of deception.

☐ If I make any materially false statements during the polygraph examination, I may be subject to prosecution under 18 U.S.C. § 1001.

☐ I release and forever hold harmless the United States, the polygraph examiner, and United States government employees of any and all responsibility and liability in connection with this polygraph examination.

I submit that I am _19_ years of age and was born on _10/11/1996_.

_Thomas Back_
Examiner Name

x _[signature]_
Examinee Signature

_[signature]_
Examiner Signature                #4713

x _6-2-16_
Date

_[signature]_
Witness

x _1431_
Time

PENGAD-Bayonne, N. J.

PLAINTIFF'S
EXHIBIT
3

| | |
|---|---|
| Received: | I'm done.  Killing myself and I don't care.  Got the gun loaded and I already started cutting. |
| Sent: | Please don't do it. |
| Received: | Too late. |
| Received: | I'll be better off. <br> Not like anyone truly cares anyways |
| Sent: | I can guarantee that's not true |
| Received: | It is |
| Received: | I'm done |
| Received: | Goodbye |
| Sent: | You're worth more than you think you are. |
| Received: | Good bye |
| Received: | Getting light headed from the cuts |
| Sent: | Is this some kind of sick joke? |
| Received: | Try me |
| Received: | I'm fucking done.  Got the 9mm loaded, so don't expect a reply. |
| Sent: | Trying to kill yourself doesn't work like you think it does. |



PLAINTIFF'S EXHIBIT 4

MI2812800       GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                      128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                      PAGE 4

| | |
|---|---|
| Sent: | I've been there. |
| Received: | This time it will.  Good bye |
| Sent: | I guess I can't change your mind |
| Received: | Not like you even fucking care. |
| Sent: | Good bye, it's been nice knowing you. |
| Sent: | I don't think anybody deserves to feel so shitty they want to kill themselves. |
| Received: | I knew you didn't care. |
| Received: | No one truly does. |
| Sent: | Talk to me, I'll do anything, give me one day to at least learn about why you want this. |
| Sent: | Just one day. |
| Received: | I doubt you would do anything. |
| Sent: | You'll never know if you end it now. |
| Received: | I know you wouldn't. |
| Sent: | Why do you want to kill yourself? |
| Received: | Doesn't matter anymore. |
| Received: | Good bye ▓▓▓▓ |
| Sent: | I'm sorry |
| Received: | Doubt it. |
| Received: | Good bye. |
| Sent: | If the whole killing yourself doesn't work out, feel free to message me. |
| Received: | I knew you didn't care. |
| Sent: | I do, but you can only help those who want to be helped and you obviously don't. |



MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000
SUPPLEMENT #1 BY RITTER ON 2-12-2016

128-1481-16
PAGE 5

| | |
|---|---|
| Received: | Prove it. |
| Sent: | I don't want you to kill yourself, I'll never get any sleep because my only thought will be "what if I could have done something to save them? I could have helped, but I wasn't enough." Do you realize how much that would hurt? ? ? I've tried killing myself and thankfully someone found me. It gets better. You probably can't see it now but it does, you're at the lowest and you can only go up from there. |
| Received: | If you would do anything. Prove it. |
| Sent: | What do you want me to do to help? |
| Received: | Do as I say and answer all of the questions quickly and completely. |
| Received: | Don't question. |
| Sent: | Okay. |
| Received: | How old are you? |
| Sent: | 15 |
| Sent: | Almost 16 |
| Received: | What's your full legal name? |
| Received: | Reply with answers only. |
| Sent: | ▬▬▬▬▬▬▬▬ |
| Received: | How tall are you? |
| Received: | When is your date of birth |
| Sent: | 5'4" |
| Received: | How much do you weigh? |
| Sent: | August 3rd, 2000 |
| Sent: | 137 |
| Received: | You have 10 seconds |



MI2812800          GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                              128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                              PAGE 6

| | |
|---|---|
| Received: | Are you single? |
| Sent: | Yes |
| Received: | What's your longest relationship |
| Sent: | 9 months |
| Received: | What's the farthest you have gone with a guy? |
| Sent: | Just a kiss. |
| Received: | Are you a virgin? |
| Received: | Do you want to be a virgin   why  Or why not |
| Sent: | Yes |
| Sent: | Until I get married, yes, because my sister got pregnant and now she'll be a single mom. |
| Received: | Are your friends virgins |
| Sent: | Yes |
| Received: | How do you know. |
| Received: | What size bra do you wear? |
| Sent: | Because we talk about sex |
| Sent: | 36C |
| Received: | What color bra are you wearing? |
| Received: | Do you like you bra size why or why not |
| Sent: | Pink |
| Sent: | It can be a pain when I'm running. |
| Received: | Do you know your friend's bra sizes |
| Sent: | Ya. |

MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                      128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                   PAGE 7

Received:    What sizes do they wear

Received:    List them

Received:    At least 5

Sent:        36C, 38A, 36B, I don't hang out with any other people, so I don't know. Sorry

Received:    What is your fav size and why

Sent:        Probably the 34C because then we can share bras.

Received:    Have you before?

Received:    Are you shaved

Sent:        Ya
             I'm trimmed

Received:    When did you shave last

Received:    Are your friends shaved

Sent:        Last week

Sent:        I don't know

Received:    What color and type of underwear are you wearing

Received:    Take a live pic of your legs

Sent:        Black regular ones, I don't know what to call them

Sent:        I can't because I'm in the living room, take a raincheck

Received:    Ever finger yourself

Sent:        No

Received:    Would you

Received:    Do your friends finger?

Sent:        Probably not.

MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                 PAGE 8

| | |
|---|---|
| Received: | Ever use a men's bathroom |
| Sent: | Uhm, we haven't talked about that |
| Sent: | No |
| Received: | Would you |
| Sent: | Gross no |
| Received: | Have you ever seen your friend's boobs bare |
| Sent: | No |
| Received: | Take a live pic of your legs |
| Received: | Reply with pic |
| Sent: | I can't right now. |
| Received: | Do you want your answers posted online for your friends and family to see? Yes or no |
| Sent: | No |
| Received: | Take a live pic of your legs |
| Received: | If you don't reply with a pic I post all of your answers and pics |
| Sent: | (image of legs with clothing on) |
| Received: | No reply and I post. |
| Received: | Take a pic of your stomach |
| Received: | You have 5 seconds to take each pic |
| Sent: | (image of an unclothed stomach) |
| Received: | Show your entire stomach.  Retake pic |
| Sent: | (image of a bare stomach) |
| Received: | Take a pic of your bra as you wear it |

MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                 PAGE 9

Sent:        What?
             I'm sorry, I don't understand what that means

Received:    Take a pic of your bra

Received:    Hurry it Up

Sent:        (image of a pink bra being worn by victim)

Received:    Show entire bra. Retake pic

Sent:        Oh, my God, I'll send them later.  I can't right now or I'll get in trouble.

Received:    Reply with pic or I post all answers and pics

Received:    Take the pic now.

Received:    Go to the bathroom

Received:    Hurry up

Sent:        (image of victim wearing a pink bra)

Received:    Take a pic of your full body and only bra and underwear

Sent:        (image of the victim wearing a pink bra and black underwear)

Received:    Take a close up pic of one of your nipples

Sent:        Why the fuck

Received:    Take the pic now

Sent:        Please don't make me do this

Received:    Next time you talk. I post them all  no exceptions

Received:    If no reply with the pic within 10 seconds. I post

Sent:        (image of a nipple)

Received:    Take a pic of both of your boobs bare

Sent:        (image of victim's bare breasts)



MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                 PAGE 10

Received:        Take a pic of your full body naked

Sent:            (image of the victim fully unclothed and nude)

Received:        Show full body. not just half.  Retake pic

Sent:            (image of the victim unclothed and fully nude)

Received:        Take a pic of your vagina.  Place camera between your legs.

Sent:            (image of a vagina)

Received:        Spread your vagina open and take a pic of the inside

Sent:            (image of a close up of a vagina)

Received:        Take a pic of your full body naked sitting on a toilet

Received:        Show face

Sent:            (image of the victim sitting on a toilet with her breasts exposed)

Received:        Take a pic of your sink / countertop

Sent:            (image of a bathroom sink)

Received:        Take a pic of your toothbrush

Sent:            (image of an orange toothbrush)

Received:        Place the toothbrush in your vagina as far as it goes and take a pic

Received:        The longer I wait.  The more pic
                 Pics

Received:        Hurry up

Sent:            (image photo of the toothbrush inside of a vagina)

Received:        Does it hurt. yes or no

Sent:            Yes

Received:        Take a pic of a plunger or toilet brush

MI2812800          GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                 PAGE 11

Sent:         I don't have either. Can I do something different?

Received:     Take a pic of a straightener (for hair)

Sent:         (photo of hair straightener)

Received:     Place the handle of the straightener into your vagina and take a pic

Sent:         (image of the hair straightener inside of the victim's vagina)

Received:     Does it hurt.  Yes or no

Sent:         Yes

Received:     Take a pic of your full body as you are sitting on the straightener with it in your
              vagina.

Sent:         (image of the victim inserting the straightener in her vagina)

Received:     Hurry up

Received:     Take a pic of your hand inside the toilet water

Received:     The longer I wait the more pics

Sent:         My phone needs to stay on a charger or it will die again

Received:     Take a pic of your full body naked.  Show face.  Spread legs and do not cover up
              your boobs

Sent:         I can't take pictures right now or my phone will die, can you please accept it in a
              different time?

Sent:         I'll send it I swear

Received:     Take the pic now


Received:     5.  If I hit 1.  I post it all

Received:     4

Sent:         (image of the victim fully nude showing part of her face)

Received:     Show face.  Retake

MI2812800          GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                                 PAGE 12

Sent:          (image of the victim showing her full face along with her bare breasts)

Received:      Take a pic of a knife or scissors.  Get some if needed

Received:      Quickly

Sent:          What about an electric shaver??

Received:      Fine.  Take the pic

Sent:          (image of an electric shaver similar to one used for cutting hair)

Received:      Using the shaver.  Make a cut on your nipple and take a pic

Received:      If you reply without the pic or don't reply at all.  I post everything.  No
               exceptions.

Received:      Hurry up

Received:      3

Sent:          Hold on, I need to go find some scissors

Received:      2

Received:      You have 1 minute.  Hurry up

Received:      30 seconds

Received:      15 seconds

Sent:          Okay, I'm sorry, I'm taking the picture

Received:      Hurry up

Received:      3

Received:      2

Sent:          (image of some type of portion of the body with a possible cut)

Received:      Make the cut bigger and on your nipple.  Show full boob  retake

Received:      Hurry up

MI2812800        GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                                    128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                          PAGE 13

Sent:        (photo of a female's nipple with what appears to be a cut or blood alongside the
             nipple)

Received:    2

Received:    Make the cut bigger.  I should see a drop of blood.

Received:    Retake

Received:    The longer I wait the more pics

Sent:        (image of a female nipple with what appears to be a spot of blood or some type of
             red substance next to the nipple)

Received:    Does it hurt.  Yes or no

Sent:        Yes it fucking hurts

Received:    What are you using to make the cut

Sent:        Scissors

Received:    Use the electric shaver and make the cut.  Retake

Received:    Reply with pic only

Received:    If no pic or no reply I post it all

Sent:        (image of a female nipple with what appears to be blood or some type of red
             substance alongside the nipple)

Received:    Use the electric shaver.  Take a pic of you making the cut

Sent:        (image of the electric shaver next to the nipple of the victim.  A red substance or
             possible blood is next to the shaver in the image while the shaver is on the
             victim's nipple or breast)

Received:    Place the scissors in your vagina and take a pic

Sent:        (image of a close up of the victim's vagina with the sharp end of the scissors
             inside her vagina)

Received:    Show your full body with scissors in your vagina.  Sit on the floor with legs
             spread.

MI2812800      GRAND TRAVERSE COUNTY SHERIFF'S OFFICE
FILE CLASS: 37000                                          128-1481-16
SUPPLEMENT #1 BY RITTER ON 2-12-2016                        PAGE 14

Sent:          (image of the victim fully nude sitting on the floor with the sharp end of the
               scissors inserted into her vagina)

Received:      Clamp your nipple in the scissors and take a pic

Sent:          (image of the sharp end of the scissors clamped around the victim's nipple)

Received:      Cut the tip of your nipple off with the scissors and take a pic

Received:      The complete tip

Received:      Reply with pic only

Received:      If no pic or no reply.  I post

Sent:          Look, I am really sorry but I have to eat dinner and there is no getting out of that,
               I'll send it later.

Received:      Send  now

Received:      If you don't.  I post it all  Do you want that?  Yes or no

Sent:          No, but I can't send it now or my parents will take my phone.

Sent:          Plus, that fucking hurts

Received:      Take the pic now

Received:      3

Received:      2

Received:      posting now

Received:      Take the pic or I post

Received:      I warned you

Received:      Posting

Received:      Reply now

Received:      Reply

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

## CONSENT TO SEARCH

I, __JOSIAH FERREBEE__, have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent __MURRAY & KUDLESS__ of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

__USB THUMB DRIVE (YELLOW CAR)__
__PNY THUMBDRIVE__

I have also been advised by ICE Special Agent __MURRAY__ that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents __MURRAY__ and __KUDLESS__ to conduct a complete search of my __THUMBDRIVES__, located at __ON HIS PERSON__.

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. I have read the above statement and understand my rights.

Name (Please Print) __Josiah K Ferrebee__
Signature: X _____
Date/Time: __6-2-16   1751 HRS.__
Witnesses: _____  #4713_____

ICE Form 73-005 (01/08)


PLAINTIFF'S EXHIBIT 5

## CONSENT TO ASSUME ONLINE PRESENCE

I, _JOSIAH FERREBEE_ , hereby voluntarily authorize _SA MURRAY_ or other agents of the HSI to take over control of and use my "online presence." This online presence includes the following screen name(s), nick name(s), and/or e-mail addresses, as well as the passwords associated with these accounts:

| ACCOUNT NAME | PASSWORD |
|---|---|
| JOKSTER 760 | JOKER96 |
| | STAPLE75 |
| | STAPLE50 |
| | JOKER760 |

I consent to the use of my (or my child's) online presence for any purpose relating to an official investigation by the above law enforcement authority, including (but not limited to) sending and receiving e-mail or conducting any other electronic communications, accessing stored information, and using and disclosing such communications or information. I understand and acknowledge that by signing the consent form, I relinquish all present and future claims to the use of these accounts. I understand that law enforcement authorities will change the password(s) to this account so that I will no longer have access.

I give this consent freely and voluntarily, without fear, threats, coercion, or promises of any kind. I have been advised of my right to refuse to allow the assumption of my (or my child's) online presence, and I hereby voluntarily waive this right.

Signature: _[signature]_      Witness: _KATHRYN MURRAY_

Name (printed): _Josiah K Ferrebee_   Name (printed): _[signature] #4713_

Date: _6-2-16_

Signature of parent/guardian: _____

Name (printed): _____

Date: _____

File #: _____

PLAINTIFF'S EXHIBIT
6