# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 16cr152 |
|---|---|---|
| v. | : | (Judge Munley) |
| JOSIAH FERREBEE, Defendant | : | |

## ORDER

**AND NOW**, to wit, this 7th day of June 2018, it is hereby **ORDERED** as follows:

1. The defendant's motion to dismiss for failure to comply with the Speedy Trial Act, 18 U.S.C. § 2161(C)(1), (Doc. 65) is **DENIED**; and

2. The defendant's motion to suppress evidence obtained by the government (Doc. 69) is **DENIED** in its entirety.

BY THE COURT:

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**