*Josiah Ferrebee*
1371 North Washington Avenue
Scranton, Pennsylvania 18509-2840

April 9th, 2019

Honorable Judge Munley
Judge's Chambers
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18509-2840

RE: USA v. Josiah Ferrebee
3:16-CR-152

To the Honorable Judge Munley,

I am respectfully writing to you with regard to obtaining substitution of counsel. Please accept this letter in motion form.

I am respectfully requesting substitution of counsel, pursuant to Federal Rule of Criminal Procedure 44(a), for the following reasons:

1. Defense counsel continuously uses high end pressure tactics to force the Defendant to enter a Guilty Plea agreement with the Government, which the Defendant expressively stated that he wants to proceed to trial in a hasty manner.
2. Defense counsel has entered multiple extensions of times, without consultation with the Defendant. The Defendant was notified of these extensions, only after they were granted by the Honorable Court, thus, being unreasonable and forcing the Defendant's Speedy Trial Act clock to remain halted and violated.

Wherefore, the Defendant hereby requests substitution of counsel pursuant to Fed.R.Crim.P. 44(a). This letter in motion form will be filed with the Office of the Clerk, pursuant to Fed.R.Crim.P. 49. Thank you for your time and effort.

Respectfully Submitted,

**s/ Josiah Ferrebee**
Josiah Ferrebee
1371 North Washington Avenue
Scranton, PA 18509-2840

To Whom It May Concern,

I am respectfully requesting for the enclosed to be filed under USA v. Ferrebee 3:16-CR-152. Your time and effort is greatly appreciated.

Respectfully,

Josiah Ferrebee, Def.
1371 N. Washington Ave
Scranton, PA 18509

Dated: 4/9/18

FILED
SCRANTON
APR 1 2 2019
Per_____
DEPUTY CLERK

Envelope:

From:
Name: Finley Tu[...]
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

To:
Federal Clerks Office
William J. Nealon Fed. Bldg
235 N. Washington Avenue
Scranton, PA 18503

FOREVER USA stamp

CONTENTS MAILED FROM A CORRECTIONAL FACILITY

RECEIVED APR 12 2019
DEPUTY CLERK