*Josiah Ferrebee*
1371 North Washington Avenue
Scranton, Pennsylvania 18509-2840

April 29th, 2019

Sylvia Murphy, Clerk of Court in and for
Honorable Judge Munley
Judge's Chambers
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18503

RE: U.S. v. Josiah Ferrebee<br>3:16-CR-152

Dear Sylvia,

    I am respectfully requesting an case update and a hearing scheduled for the previous two letters in motion form I have filed with the Clerk's Office. I have filed a motion for substitution of counsel and a detention hearing. Should you have any questions or concerns, please feel free to contact me at your earliest convenience. Thank you for your time and effort on these matters.

Respectfully,<br><br>Josiah Ferrebee<br>1371 N. Washington Avenue<br>Scranton, Pennsylvania 18509-2840

FILED
SCRANTON
MAY 02 2019
PER _____ DEPUTY CLERK

CONTENTS MAILED FROM A CORRECTIONAL FACILITY

Sylvia Murphy, Clerk of Court for
Honorable Judge James Munley
Judge's Chambers
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18503

Name: Felicia Jonah
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED
SCRANTON
MAY 02 2019
PER _____ DEPUTY CLERK

Legal mail