*Josiah Ferrebee*
1371 North Washington Avenue
Scranton, Pennsylvania 18509-2840

September 24, 2019

**FILED**
**SCRANTON**

SEP 3 0 2019

PER _____
DEPUTY CLERK

Honorable Judge James Munley
Judge's Chambers
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18503

RE: United States v. Josiah Ferrebee
3:16-CR-152

To the Honorable Judge Munley,

I am respectfully writing to you requesting a 30 day continuance for the sentencing hearing scheduled for October 3, 2019. Please accept this letter in motion form.

It has been brought to my attention that the Presentence Investigation Report ("PSI") was to be released by August 30, 2019; as per a court order signed by the Honorable Court. Please be advised that as of the date of this letter, I, the defendant in the above-mentioned case, has not recieved a copy for neither the United States Probation Office nor my attorney, Mr. Joseph A. O'Brien.

At this time, I do not have ample time to properly review, in whole, the PSI personally and with my attorney, and additionally make any and all corrections that may arrise. I have contacted my attorney with regard to the PSI hold, and have not recieved an adequate answer.

Wherefore, I am respectfully requesting the Honorable Court to post-pone the scheduled sentencing hearing 30 days. I thank the Honorable Court for It's time and effort in regard to these matters.

Respectfully Submitted,

s/ Josiah Ferrebee
Josiah Ferrebee
1371 N. Washington Avenue
Scranton, PA 18509-2840

CONTENTS MAILED FROM CORRECTIONAL FACILITY

Name: Ferrebee, Josiah
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

Sylvia Murphy, Clerk In and for the
Honorable Judge James Munley
Judge's Chambers
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

RECEIVED
SCRANTON
SEP 30 2019
PER _____
DEPUTY CLERK

Legal Mail